# United States Bankruptcy Court
## Western District of New York

In re David W. Young, Jr.
Debtor(s)

Case No.
Chapter 13

## PAYMENT ADVICES COVER SHEET UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, David W. Young, Jr. , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☑ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☐ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date August 9, 2023

Signature [signature]
David W. Young, Jr.
Debtor