UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

David W. Young, Jr.,

Debtor.

**ORDER DISMISSING CASE**
Case No.: 23-20400-PRW
Chapter 13

The above Debtor, having been denied confirmation of his plan as appears from the sworn statement of the Trustee, and due notice having been given to said Debtor and attorney, and no one having appeared in opposition thereto,

Now on motion of George M. Reiber, Trustee, it is:

ORDERED that the petition filed under Chapter 13 of the Bankruptcy Code on August 10, 2023, be dismissed pursuant to 11 U.S.C. Section 1307(c)(5) for denial of the confirmation and 1307(c)(1) unreasonable delay prejudicial to Creditors; and it is further

ORDERED that the Court retains jurisdiction to receive and pass upon the final report of the Trustee and to make such further orders with respect to fees as may be necessary; and it is further

ORDERED that the Trustee shall take all necessary steps to close this case; and it is further

ORDERED that all creditors of this proceeding be, and they hereby are, notified of the dismissal of said petition, and that the Trustee shall give written notice of the dismissal to all creditors.

Dated: March 18, 2024
Rochester, New York

/s/
HON. PAUL R. WARREN
United States Bankruptcy Judge