# United States Bankruptcy Court
## Western District Of New York

In re: David W Young, Jr.
Debtor(s)

Case No. 23-20400-PRW

xxx-xx-4369

## FINAL DECREE

The estate of the above named debtor has been fully administered.

____ The deposit required by the plan has been distributed.

IT IS ORDERED THAT:

_X__ George M. Reiber, Chapter 13 Trustee is discharged as trustee of the estate of the above-named debtor(s) and the bond is cancelled; and

_X__ The Chapter 13 case of the above-named debtor(s) is closed; and

____ [other provisions as needed]

Dated: August 22, 2024
Rochester, New York

_____________________/s/___________________
**Hon. Paul R. Warren**
**U.S. Bankruptcy Judge**